# NOTICE OF APPEAL

## United States District Court

_____ District of Vermont

Caption:

United States     v.

Scott Racine

Docket No.: 2:19-cr-00049-2

Hon. Christina Reiss

(District Court Judge)

Notice is hereby given that _____Scott Racine_____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] Judgment in a Criminal Case (Viol. of SR)

(specify)

entered in this action on January 13, 2023.

(date)

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987?  Yes [✔] | No [ ]   N/A [ ]

Date of sentence: January 13, 2023   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel:  Mark D. Oettinger

Counsel's Address:    126 College Street, Suite 400

                      Burlington, Vermont  05401

Counsel's Phone:      (802) 540-0250

Assistant U.S. Attorney:  Joseph R. Perella

AUSA's Address:       11 Elmwood Avenue, 3rd Floor, P. O. Box 570

                      Burlington, Vermont  05402

AUSA's Phone:         (802) 951-6725

_____
Signature